In the Matter of the Application of D. APPLETON CENTURY COMPANY, INC., Judgment Creditor, Appellant, against RAYMOND B. PARTRIDGE, Judgment Debtor, Respondent.— Order reversed on the facts, with ten dollars costs and disbursements, and order directed to issue requiring respondent to pay from his income ten dollars per month upon the appellant's judgment. Memorandum: With due regard for the reasonable requirements of the judgment debtor and his family depending upon him and for payments required to be made by him to other creditors, we determine that the facts justify the requirement of the payment of ten dollars per month upon the judgment. All concur. (The order denies a motion by a judgment creditor to compel judgment debtor to make payments on judgment.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of WILLIAM P. EDEL, Incompetent.— Order reversed, without costs. All concur. (The order restrains the attorney for the incompetent from prosecuting an appeal to the Appellate Division from an order dismissing a writ of habeas corpus.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM P. EDEL, Appellant, v. EARLE V. GRAY, M. D., as Superintendent of Gowanda State Hospital, Respondent.— Order affirmed, without costs. Memorandum: We are of the opinion that no irregularity in the commitment has been shown. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KGRA CRISTOFARA (Indicted under the Name of KYRA CRISTOFORO), Appellant, v. JOHN ELSAESSER, Superintendent of the Erie County Penitentiary, Respondent.— Order affirmed, without costs. Memorandum: We are of the opinion that the indictment was valid and that the plea of guilty of the crime of petit larceny for which the relator was convicted was one which the court was entitled to accept under the indictment. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

ANTONIO GROSSO, Respondent, v. BENJAMIN E. TILTON, as Trustee of New York State Railways, Debtor, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied, on the ground that the application is not made in time (Civ. Prac. Act, § 589, subd. 1), and also as a matter of discretion. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

ROCCO GROSSO, Respondent, v. BENJAMIN E. TILTON, as Trustee of New York State Railways, Debtor, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied, on the ground that the application is not made in time (Civ. Prac. Act, § 589, subd. 1), and also as a matter of discretion. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.